# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-0981
_____

ROBERT V. MELTON,

  Appellant,

v.

STATE OF FLORIDA,

  Appellee.

_____

On appeal from the Circuit Court for Bradford County.
Mark W. Moseley, Judge.

June 20, 2018

PER CURIAM.

  AFFIRMED.

LEWIS, MAKAR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Deana K. Marshall, Riverview, for Appellant.

Pamela Jo Bondi, Attorney General, and Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Appellee.